UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BANK OF AMERICA NA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY A UMOUYO, ANIEDI HENRY UMOUYO, DOES 1-10,<br><br>Defendants. | CASE NO. 2:26-cv-02299-BAT<br><br>**ORDER DIRECTING ENTRY OF APPEARANCE** |

Defendants Henry A. Umouyo and Aniedi H. Umouyo have been served. Dkts. 7, 9. Henry Umouyo has entered an appearance. Dkt. 11. The Court reminds Defendants that each Defendant must appear in this action and DIRECTS Defendant Aneidi H. Umuoyo to enter an appearance as soon as practicable. The Clerk is directed to send a copy of this order to the parties.

DATED this 14th day of October, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge